UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**DOUGLAS M. SCHMIDT**                    JUDGE _____

    **Plaintiff,**

**VERSUS**                                MAGISTRATE JUDGE _____

**OCWEN FINANCIAL CORPORATION,
PHH CORPORATION, and PHH
MORTGAGE SERVICES CORPORATION**

    **Defendants**

## NOTICE OF REMOVAL

Defendants, Ocwen Financial Corporation ("Ocwen"), PHH Corporation ("PHH Corp."), and PHH Mortgage Corporation, erroneously named as PHH Mortgage Services Corporation ("PHH Mortgage") (collectively "Defendants"), remove to this Court the Petition for Damages ("Petition") filed by the Plaintiff, Douglas M. Schmidt ("Plaintiff"), in the matter entitled "Douglas M. Schmidt vs. Ocwen Financial Corporation, PHH Corporation, and PHH Mortgage Services Corporation," suit no. 2020-2805, Civil District Court, Parish of Orleans, State of Louisiana. In support of this Notice of Removal, Defendants respectfully represent as follows:

1.

On or about May 10, 20120, a Petition was filed with the Clerk of Court for the Civil District Court, Parish of Orleans, State of Louisiana, bearing civil matter number 2020-2805 on the docket of said Court, which is within the United States District Court for the Eastern District of Louisiana.[1]

---

[1] *See* Petition attached hereto as Exhibit A.

1606057.1

2.

In the Petition, the Plaintiff names Ocwen, PHH Corp., and PHH Mortgage as defendants.

### **THE PLAINTIFF'S FACTUAL ALLEGATIONS**

3.

In the Petition, the Plaintiff alleges that he is "the mortgagor of a mortgage held by" Ocwen.[2]

4.

In the Petition, the Plaintiff alleges that the mortgage loan is secured by a mortgage over property that his ex-wife, Irina Schmidt, resides in with their children.[3]

5.

In the Petition, the Plaintiff alleges that he and his ex-wife had an agreement in which Plaintiff would pay all monthly principal and interest payments and one-half of all monthly escrow requirements, and Irina Schmidt would pay the other one-half of all monthly escrow requirements.[4]

7.

In the Petition, the Plaintiff alleges that he made all of his monthly principal and interest payments and one-half of all monthly escrow requirements as per his agreement with Irina Schmidt.[5]

---

[2] *See* Petition at ¶¶ 3.  The Plaintiff does not identify the address of the property in question.
[3] *Id*.
[4] *See* Petition at ¶ 4.
[5] *See* Petition at ¶ 5

8.

In the Petition, the Plaintiff alleges that Irina Schmidt failed to pay and/or made late payments of her one-half of the monthly escrow requirements.[6]

9.

In the Petition, the Plaintiff alleges that, due to the alleged failure to pay and/or late payments by Irina Schmidt of her one-half of the monthly escrow requirements, PHH Mortgage and PHH Corp. reported the Plaintiff's account as delinquent to credit reporting agencies.[7]

10.

In the Petition, the Plaintiff alleges that, he disputed the credit reporting directly to PHH Mortgage.[8]

## **THIS REMOVAL IS TIMELY**

11.

Defendants were served with the Petition on June 10, 2020.[9]

12.

Removal is timely under 28 U.S.C. § 1446(b) as less than thirty days have passed from the date of service of the citation and Petition on Defendants.

13.

The Court's removal jurisdiction is based on federal question jurisdiction under 28 U.S.C. § 1331 and diversity jurisdiction pursuant to 28 U.S.C. § 1332. This Court also enjoys supplemental jurisdiction over any and all remaining claims pursuant to 28 U.S.C. § 1367. This matter is being removed pursuant to 28 U.S.C. § 1441(a).

---

[6] *See* Petition at ¶ 5.
[7] *See* Petition at ¶¶ 30-32.
[8] *See* Petition at ¶¶ 34, 41.
[9] See Exhibit B. As of the date of this removal, the returns of service have not been filed into the record. The service returns will be filed into this matter upon receipt from the State Court.

**FEDERAL QUESTION JURISDICTION UNDER 28 U.S.C. § 1331**

14.

In the Petition, the Plaintiff seeks damages based upon Defendants' alleged violation of the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq.* ("FCRA").[10]

15.

This action is removable under 28 U.S.C. § 1441(b) without regard to the citizenship or residency of the parties or the amount in controversy. This Court has original jurisdiction under 28 U.S.C. § 1331. This Court also has supplemental jurisdiction over any and all remaining claims pursuant to 28 U.S.C. § 1367.

16.

On its face, the Petition asserts a federal question, thereby providing this Court with jurisdiction under 28 U.S.C. § 1331. In the alternative, the Plaintiff has attempted to engage in artful pleading in an effort to avoid the subject matter jurisdiction of this Court.

17.

Pursuant to 28 U.S.C. § 1446(a), a copy of all processes, pleadings, and orders served upon it or available from the Clerk of the Civil District Court for Orleans Parish is attached as Exhibit C.

18.

Promptly upon filing this notice of removal, written notice thereof will be given to all adverse parties and a copy of this notice of removal will be filed with the clerk of the aforesaid state court to effect the removal of this civil action to this Honorable Court as provided by law.

WHEREFORE, Ocwen Financial Corporation, PHH Corporation, and PHH Mortgage Corporation, erroneously named as PHH Mortgage Services Corporation pray that this Notice of

---

[10] *See* Petition at ¶¶ 30-44.

Removal, be accepted as good and sufficient, that the aforesaid Petition be removed from state court to this Honorable Court for trial and determination as provided by law, and that this Court enter such orders and issue such process as may be proper to bring before it copies of all records and proceedings in said civil action from said state court, and thereupon proceed with this civil action as if it had originally been commenced in this Court.

RESPECTFULLY SUBMITTED,

**McGLINCHEY STAFFORD, PLLC**

/s/ Jonathan G. Wilbourn
Jonathan G. Wilbourn, T.A. (Bar No. 27683)
Candace B. Ford (Bar No. 37686)
301 Main Street, Suite 1400
Baton Rouge, LA 70801
Telephone: (225) 383-9000
Facsimile: (225) 343-3076
jwilbourn@mcglinchey.com
cford@mcglinchey.com

**Attorneys for Ocwen Financial Corporation, PHH Corporation, and PHH Mortgage Corporation, erroneously named as PHH Mortgage Services Corporation**

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing pleading has been served upon counsel of record, namely:

Douglas M. Schmidt
335 City Park Ave.
New Orleans, LA 70119

by depositing same in the U.S. Mail, postage prepaid and properly addressed on this 17th day of June, 2020.

/s/ Jonathan G. Wilbourn